IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                         CASE NO.: 4:05-CR-039-SPM

**GIGI BEARD,**

      **Defendant.**
_____/

**ORDER CONTINUING PLEA HEARING**

**THIS CAUSE** comes before the Court upon the "Motion to Continue Change of Plea Hearing" (doc. 50) filed May 8, 2006, in which counsel cites a calendar conflict with the currently-scheduled date of May 11, 2006 in Gainesville. Defendant requests that the hearing be placed on the upcoming Tallahassee docket instead. The Government is in agreement with the motion.

Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion to continue (doc. 50) is hereby *granted*.

2. The plea hearing is reset for **Monday, May 22, 2006** at *1:30pm* at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this <u>ninth</u> day of May, 2006.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge