**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                                     **CASE NO.: 4:05-CR-039-SPM**

**GIGI BEARD,**

   **Defendant.**
_____/

**ORDER CLARIFYING SENTENCE**

**THIS CAUSE** comes *sua sponte* before the Court. After pleading guilty to three counts (conspiring to distribute and possess with intent to distribute more than 50 kilograms of cocaine, possessing with intent to distribute cocaine, and possessing a firearm in furtherance of a drug trafficking offense), Defendant was sentenced on October 16, 2006 to a total of twenty-four months in the Bureau of Prisons. In order to ensure that the sentence is structured correctly, and recognizing that a written sentence should be referred to in order to clarify ambiguities in the orally-pronounced sentence, Green v. United States, 447 F.2d 987 (9th Cir. 1971)(citations omitted), it is accordingly

**ORDERED AND ADJUDGED** as follows:

1. Counts I and III each carry a four-month sentence, both to run *concurrent* with each other.

2. Count IV carries a twenty-month sentence to run *consecutive* to

Counts I and III.

**DONE AND ORDERED** this <u>twenty-third</u> day of October, 2006.

                                             *s/ Stephan P. Mickle*
                                             Stephan P. Mickle
                                             United States District Judge