**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                        **CASE NO.: 4:05-CR-039-SPM**

**GIGI BEARD,**

                **Defendant.**
_____/

**ORDER EXTENDING TIME FOR DEFENDANT BEARD'S
VOLUNTARY SURRENDER**

        **THIS CAUSE** comes before the Court upon "Motion for Reconsideration of

Surrender Date" (doc. 77) filed October 29, 2006.  As grounds, counsel advises

that there is a delay in assigning Defendant to the institution recommended by

the Court at sentencing.  Counsel asks that Defendant be permitted to surrender

after the Thanksgiving holiday.

        The Court finds good reason to grant the extension.  Accordingly, it is

        **ORDERED AND ADJUDGED** as follows:

        1.        The motion (doc. 77) is *granted*.

        2.        Defendant is ordered to surrender to the United States Marshal at

                Gainesville, Florida at 12:00 o'clock noon no later than ***Monday,***

***December 18, 2006.***

**DONE AND ORDERED** this <u>thirteenth</u> day of November, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge