IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                           CASE NO.: 4:05cr39-SPM

GIGI A. BEARD,

      Defendant.
_____/

### ORDER EXTENDING SELF-SURRENDER DATE

This cause comes before the Court on Defendant's Second Motion for Reconsideration of Surrender Date (doc. 90). Upon consideration, it is

ORDERED AND ADJUDGED:

1.     The motion (doc. 90) is granted.

2.     Defendant shall self-surrender to the designated facility at 12 Noon on Monday, January 8, 2007.

DONE AND ORDERED this 15th day of December, 2006.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge